UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LYLANDA MCHENRY** | **CASE NO. 3:20-CV-00699** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JPMORGAN CHASE BANK, N. A.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion is **GRANTED IN PART and DENIED IN PART**. To the extent that JPMorgan Chase Bank, N.A., hereinafter ("JPMC") moves to compel arbitration of Plaintiff's claims, the motion is **GRANTED**. To the extent that JPMC moves for dismissal of those claims with prejudice, however, the motion is **DENIED**. The Clerk of Court is **ORDERED to administratively terminate this action in his records, without prejudice** to the right of the parties to reopen the proceedings. All pending deadlines and motions are terminated, to be re-urged by counsel when the time is right. This closure shall not be considered a dismissal of this matter. If further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this portion of the Court's Judgment had not been entered.

MONROE, LOUISIANA this 26th day of January, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE